UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

NICO'L SHACKELFORD, as Next
Friend of D.S. , a minor,

    Plaintiff,

v.

CASE NO: 21-CV-10284

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment entered this date,

    IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

ENTERED BY ORDER OF THE COURT

Dated: August 17, 2022

s/Lisa Wagner
LISA G. WAGNER, CASE MANAGER AND
DEPUTY CLERK TO THE HONORABLE
ROBERT H. CLELEND